UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

2005 APR -8  P 1:16

CERTIFICATE OF SERVICE

I, Vincent F. Zarrilli, on oath depose as follows:

I sent by U.S. certified mail the complaint and summons to the defendant shown below on March 18, 2005.

Defendant: CHRISTOPHER VASIL

This type of U.S. mail service provided for an original return receipt for each defendant, which I hereto attach.

[Domestic Return Receipt attached — Article addressed to: CHRISTOPHER VASIL, U.S. S.Ct., 1 First St. N.E., Office of the Clerk, Washington, D.C. 20543. RECEIVED MAR 25 2005 OFFICE OF THE CLERK SUPREME COURT U.S.]

Signed under the penalties of perjury

Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Fax: 617-523-6765

Further, I sent on April 7, 2005 a copy of each return certificate to the Office of the U.S. Attorney, U.S. Customs House, Ninth Floor, 1 Court House Way, Boston, MA 02~~100~~ Court House