FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE

FOR THE DISTRICT OF MASSACHUSETTS

2005 APR -8 P 1: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

05-10501-RCL

CERTIFICATE OF SERVICE

I, Vincent F. Zarrilli, on oath depose as follows:

I sent by U.S. certified mail the complaint and summons to the defendant

shown below on March 18, 2005.

Defendant: ASST. Clerk Jane Doe

This type of U.S. mail service provided for an original return receipt for each defendant, which I hereto attach.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ASST Clerk Jane Doe
c/o W. Suter
Office of the Clerk
U.S.S.Ct
1 First St NE
Washington, DC 20054

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED
MAR 25 2005
OFFICE OF THE CLERK
SUPREME COURT, U.S.

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Signed under the penalties of perjury

Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Fax: 617-523-6765

Further, I sent on APR 2 2005 a copy of each return certificate to the Office of the U.S. Attorney, U.S. ~~Customs~~ Court House, Ninth Floor, 1 Court House Way, Boston, MA ~~02100~~ 02210