UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

05-10501-RCL

CERTIFICATE OF SERVICE

I, Vincent F. Zarrilli, on oath depose as follows:

I sent by U.S. certified mail the complaint and summons to the ~~defendant~~

shown below on March 18, 2005.

~~Defendant~~: Attorney General of the U.S.

This type of U.S. mail service provided for an original return receipt for each defendant, which I hereto attach.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  MAR 2 4 2005  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Attorney General<br>of the U.S.A.<br>Dept. of Justice<br>Washington, D.C.<br>20543 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

Signed under the penalties of perjury

Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Fax: 617-523-6765

Further, I sent on Apr 7 2005 a copy of each return certificate to the Office of the U.S. Attorney, U.S. ~~Customs~~ Courthouse, Ninth Floor, 1 Court House Way, Boston, MA 02110