UNITED STATES DISTRICT COURT CLERKS OFFICE

FOR THE DISTRICT OF MASSACHUSETTS  1: 16

U.S. DISTRICT COURT
DISTRICT OF MASS)  ┌5/ 6 50 /-nCC

CERTIFICATE OF SERVICE

I, Vincent F. Zarrilli, on oath depose as follows:

I sent by U.S. certified mail the complaint and summons to the defendant

shown below on March _18_ , 2005.

Defendant: _Jeffrey ATKins_

This type of U.S. mail service provided for an original return receipt for each
defendant, which I hereto attach.

| SENDER: COMPLETE THIS SECTION | | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jeffrey ATKins<br>Office of the Clerk,<br>1 First ST N.E.<br>Washington, D-C<br>20543 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below  ☐ No<br><br>RECEIVED<br>MAR 25 2005<br>OFFICE OF THE CLERK<br>SUPREME COURT, U.S. | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | | |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Signed under the penalties of perjury

Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Fax: 617-523-6765

Further, I sent on _Apr 7 2005_ a copy of each return certificate to the
Office of the U.S. Attorney, U.S. Customs House, Ninth Floor, 1 Court House
Way, Boston, MA 02100
                02-110