FILED
ERKS OFFICE

UNITED STATES DISTRICT COURT 1: 16

FOR THE DISTRICT OF MASSACHUSETTS
DISTRICT OF MASS

### CERTIFICATE OF SERVICE

05-10501-RCL

I, Vincent F. Zarrilli, on oath depose as follows:

I sent by U.S. certified mail the complaint and summons to the defendant

shown below on March *18*, 2005:

Defendant: *CLERK William SUTER*

This type of U.S. mail service provided for an original return receipt for each
defendant, which I hereto attach.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br>*William US SUTER*<br>*CLERK US S.CT*<br>*1 First ST NE*<br>*Washington, DC*<br>*20543* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>MAR 25 2005<br>OFFICE OF THE CLERK<br>3. Service Type SUPREME COURT, U.S.<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

Signed under the penalties of perjury

Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Fax: 617-523-6765

Further, I sent on *APR 7 2005* a copy of each return certificate to the
Office of the U.S. Attorney, U.S. Customs House, Ninth Floor, 1 Court House
Way, Boston, MA 02100 *07110 Custom*