```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
_____
                              )
VINCENT F. ZARILLI,           )
                              )
          Plaintiff,          )
                              )    C.A. No. 05-10501-RCL
v.                            )
                              )
THE OFFICE OF THE UNITED      )
STATES SUPREME COURT CLERK,   )
et al.,                       )
                              )
          Defendants.         )
_____)
```

DEFENDANTS' MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO COMPLAINT

Now comes the above-captioned Defendants,[1] and hereby move this Court for an extension of time **up to and including July 18, 2005**, to respond to Plaintiff's Complaint ("Complaint"). As reasons therefore, the undersigned counsel for Defendants asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain certain facts from the relevant agency to respond to the Complaint.

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Defendants are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Defendants intend to raise those defenses when they answer or otherwise respond to the Complaint.

WHEREFORE, Defendants respectfully request that this Court allows its motion for an extension of time **up to and including July 18, 2005**, to respond to the Complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Michael Sady
By:  Michael Sady
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     Suite 9200
     Boston, MA 02210
     (617) 748-3100

Dated: May 17, 2005

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2005, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Plaintiff at Box 101, Hanover Station, Boston, MA 02113.

/s/ Michael Sady
Michael Sady
Assistant U.S. Attorney

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, because the Plaintiff is pro se, counsel has not attempted to contact Plaintiff of the relief requested in this motion.

/s/ Michael Sady
Michael Sady
Assistant U.S. Attorney