UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Vincent F. Zarrilli, Plaintiff            NO. 05-10501-RCC

vs

The Office of the
United States Supreme Court, et al.

### PLAINTIFF'S OBJECTION AND MOTION FOR A DEFAULT

1. The Plaintiff, Vincent F. Zarrilli, requests pursuant to rule 55a F.R.C.P. that a default issue as to all defendants.

    The, hereto, attached official docket sheet (Exhibit A) clearly shows that a responsive pleading was due from all defendants from between 4/14/05 until 5/23/05.

2. To date, not one responsive pleading has been filed despite the increased time period to U.S. Defendants as provided by rule 4 F.R.C.P.

3. Defendants now seek to double the extended time period but provide no substantive reason justifying this audacious request.

### REQUEST

That a default issue against all Defendants.

Respectfully submitted,

The Plaintiff, pro se
Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Fax: 617-523-6765

Certificate of Service
I certify that on May 26, 2005, I mailed a copy of the above
Motion by 1st class mail on U.S. Attorney Michael Shay,
Suite 9200, 1 Courthouse Way, Boston, MA 02210, Vincent F. Zarrilli



| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2005 | 1 | COMPLAINT against The Office of the United States Supreme Court Clerk, William K. Suter, Jeffrey Atkins, Christopher Vasil, Jane Doe, The United States of America Filing fee: $ 250, receipt number 62824, filed by Vincent F. Zarrilli. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L# 14 Exhibit M# 15 Exhibit N)(Stanhope, Don) (Entered: 03/17/2005) |
| 03/16/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Stanhope, Don) (Entered: 03/17/2005) |
| 03/16/2005 |  | Summons Issued as to The Office of the United States Supreme Court Clerk, William K. Suter, Jeffrey Atkins, Christopher Vasil, Jane Doe, The United States of America. (Stanhope, Don) (Entered: 03/17/2005) |
| 04/08/2005 | 2 | SUMMONS Returned Executed Christopher Vasil served on 3/25/2005, answer due 4/14/2005. (Stanhope, Don) (Entered: 04/12/2005) |
| 04/08/2005 | 3 | SUMMONS Returned Executed Jane Doe served on 3/25/2005, answer due 4/14/2005. (Stanhope, Don) (Entered: 04/12/2005) |
| 04/08/2005 | 4 | SUMMONS Returned Executed by Vincent F. Zarrilli. The United States of America served on 3/24/2005, answer due 5/23/2005. (Stanhope, Don) (Entered: 04/12/2005) |
| 04/08/2005 | 5 | SUMMONS Returned Executed Jeffrey Atkins served on 3/25/2005, answer due 4/14/2005. (Stanhope, Don) (Entered: 04/12/2005) |
| 04/08/2005 | 6 | SUMMONS Returned Executed William K. Suter served on 3/25/2005, answer due 4/14/2005. (Stanhope, Don) (Entered: 04/12/2005) |
| 04/08/2005 | 7 | SUMMONS Returned Executed by Vincent F. Zarrilli. The Office of the United States Supreme Court Clerk served on 3/12/2005, answer due 5/11/2005. (Stanhope, Don) (Entered: 04/12/2005) |