```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| _____ | ) | |
| VINCENT F. ZARILLI, | ) | |
|  | ) | |
|       Plaintiff, | ) | Civil Action No. 05-10501-RCL |
|  | ) | |
|   v. | ) | |
|  | ) | |
| OFFICE OF THE UNITED STATES | ) | |
| SUPREME COURT CLERK, et al., | ) | |
|  | ) | |
|       Defendants. | ) | |
| _____ | ) | |

### DEFENDANTS' MOTION TO DISMISS

The Defendants move to dismiss Plaintiff's complaint on the grounds that this Court lacks jurisdiction to compel the United States Supreme Court to take affirmative action requested in this case and, even if jurisdiction did lie with the Court, the complaint fails to state claim.

Defendants rely on their Memorandum of Law filed simultaneously herewith.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: July 14, 2005    By: /s/ Michael Sady
                              Michael Sady
                              Assistant U.S. Attorney
                              U. S. Attorney's Office
                              John Joseph Moakley
                              United States Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
                              617-748-3100
```

LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I did not confer with the plaintiff in this matter as he is appearing pro se.

/s/ Michael Sady
Michael Sady
Assistant U.S. Attorney

Date: July 14, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Vincent Zarilli
Box 101, Hanover Station
Boston, MA 02113

/s/ Michael Sady
Michael Sady
Assistant United States Attorney