UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**VINCENT F. ZARILLI**

**V.**                                                             **CIVIL ACTION NO. 05-10501-RCL**

**OFFICE OF THE UNITED STATES**
**SUPREME COURT CLERK, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of August 4, 2005 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants, Office of the United States Supreme Court, William K. Suter, Jeffrey Atkins, Christopher Vasil, Jane Doe, and United States of America dismissing this action.

August 4, 2005                                                                 /s/ Lisa M. Hourihan
                                                                                            Deputy Clerk