United States District Court
For the District of Massachusetts

Vincent F Zarrilli                     Civil A. No 05-10501-
                                              RCL
c/
Office of the Clerk
the U.S Supreme Court etc

## Plaintiff's Motion For An Enlargement of Time

The plaintiff Vincent F Zarrilli requests an enlargement of time to file his opposition to defendant's motion to dismiss to wit until Sept 1 /05

Respectfully Submitted
V F Zarrilli

pl notice of compliance with rule

I have left a voice mail message with the defendant atty for his assent to the above on 8/5/05

### Certificate of Service

I certify that I served a true copy of the within to Michael Sady US Courthouse, 1 Courthouse way Suite 9200, Boston MA 02210 on 8/5/05 by first class mail