UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Vincent F. Zarrilli, Plaintiff                         NO. 05-10501-RCC

vs

The Office of the
United States Supreme Court Clerk, et al.

### PLAINTIFF'S MOTION FOR RECONSIDERATION

The Plaintiff, Vincent F. Zarrilli, requests pursuant to rule 59 F.R.C.P. reconsideration of the Court's order of August 4, 2005 for the below shown reasons:

1. The plaintiff never received notice of the Court's action of August 4, 2005 allowing defendants' motion to dismiss (see Affidavit of V. F. Zarrilli hereto attached) Exhibit A1-A5.

2. The plaintiff's first notice did not take place until Friday, August 12, 2005 at 4:10 p.m. when he procured the contents of his post office box.

3. Plaintiff was physically unable to timely respond to the motion to dismiss because it arrived at a time period when he had eye surgery, July 18, 2005, which combined with his pre-existing treatment for glaucoma rendered him unable to read small print for 14 successive days from July 18th - August 1st. During this period unopened mail simply piled up awaiting the day when plaintiff could again use his eyes for reading again – circa August 1, 2005.

   Plaintiff, on average, receives between 30-50 pieces of mail each week, mainly business mail.

4. It was not until the first week in August 2005 when plaintiff was restored to full capacity. On August 5, 2005, Plaintiff filed by both facsimile and U.S. mail a handwritten motion for an enlargement of time to respond to the motion to dismiss which he had opened and read a day or two earlier. (A 7)

   Additionally, he phoned the defendant's attorney on August 5, 2005 leaving a voice mail message asking for an assent to his motion for an enlargement of time and concurrently faxed to the U.S. Attorney. (A 7)

5. Had plaintiff received timely notice of the Court's notice of August 4th, plaintiff would have filed his motion within 24 hours of receiving proper notice, but since he did not receive it, could not file it.

## CONCLUSION

For all the foregoing that plaintiff requests that the Honorable Court reconsider and vacate it's Order of August 4, 2005 and allow plaintiff 21 days from date of Order to file his response to defendant's Motion to dismiss in Order and that this case be decided on the Merits.

Respectfully submitted,

The Plaintiff, pro se
Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Fax: 617-523-6765

Certificate of Service

I, Vincent F. Zarrilli, certify that I served a true copy of the within by 1st class mail postage paid to Michael Shay, Esq., Office of the U.S. Attorney, Suite 9200, 1 Courthouse Way, Boston, MA 02210, on August 13, 2005. Vincent F. Zarrilli

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Vincent F. Zarrilli                                            Case No. 05-10501 RCC

v

Office of the United States
    Supreme Court Clerk, et al.

### AFFIDAVID OF VINCENT F. ZARRILLI

I, Vincent F. Zarrilli, on oath depose that as follows:

1. I'm a 73-year old senior citizen.

2. I never received notice of the August 4th Court's action.

3. I am taking medication for an eye disease called glaucoma.

4. On July 18, 2005, I underwent eye surgery.

5. My ability to read small print was not fully restored until circa. August 1, 2005.

Signed under the penalties of perjury,

Vincent F. Zarrilli

August 13, 2005

# OPHTHALMIC CONSULTANTS OF BOSTON

www.eyeboston.com

**Glaucoma, Cataract Diseases and Surgery of the Anterior Segment**
B. Thomas Hutchinson, M.D.
A. Robert Bellows, M.D.
Claudia U. Richter, M.D.
Bradford J. Shingleton, M.D.
John V. Thomas, M.D.
Michael F. Oats, M.D.
Laura C. Fine, M.D.
Will J. Price, III, M.D.

**Diseases and Surgery of the Retina and Vitreous**
Albert R. Frederick, Jr., M.D.
Trexler M. Topping, M.D.
Michael G. Morley, M.D.
Jeffrey S. Heier, M.D.
Mark S. Hughes, M.D.
Delia N. Sang, M.D.
Jay S. Duker, M.D.

**Cornea, Cataract Diseases and Surgery of the Anterior Segment**
Ann M. Bajart, M.D.
Michael B. Raizman, M.D.
Kenneth C. Chern, M.D.
Eugenio M. Candal, M.D.
Nicoletta Fynn-Thompson, M.D.

**Ophthalmic Plastic, Lacrimal and Orbital Diseases and Surgery**
Mami A. Iwamoto, M.D.

**Refractive Surgery**
Michael B. Raizman, M.D.
Michael F. Oats, M.D.
Kenneth C. Chern, M.D.
Eugenio M. Candal, M.D.
Nicoletta Fynn-Thompson, M.D.

**Uveitis, Immunology, Cornea and External Diseases**
Michael B. Raizman, M.D.
Kenneth C. Chern, M.D.

**Pediatric Ophthalmology**
Mitchell B. Strominger, M.D.

**Neuro-Ophthalmology**
Mitchell B. Strominger, M.D.

**Optometry, Contact Lenses and Low Vision Rehabilitation**
Mark W. O'Donoghue, O.D.
Paul M. Cangiano, O.D.
Mark D. Kirstein, O.D.
Leigh C. Kozak, O.D.
Michael E. Dalton, O.D.
Claudine Y. Kawabata, O.D.
Teresa L. Stone, O.D.
Anne J. Farley, O.D.
Anmarie J. Russo, O.D.
Geeta Chowdhary, O.D.

Date **5/11/05**

Dear Dr. _____:

Re: **Vincent Zarrilli**    OCB# **227744**

On **July 18, 2005**, our mutual patient is scheduled for surgery under local anesthesia by Dr. Bradford Shingleton at the Boston Eye Surgery and Laser Center.

The Surgery Center requires that all patients have a physical examination within **60 days of the surgery date**. For your convenience, a one-page history and physical form is attached that should be completed and returned along with any other test results **at least two weeks prior to surgery**. It is also required that certain patients receive the following tests based on the standard anesthesia pre-operative testing guidelines.

1. An **EKG** for all patients **over the age of 65** to be completed within 60 days prior to surgery.
2. Blood tests only as indicated by the patient's Primary Care Physician.

Failure to receive the above information at least **two weeks** prior to surgery may result in cancellation of surgery, since both Dr. Shingleton and the Anesthesia Department need to review the information.

**Note – anticoagulant therapy:** The Anesthesia Department recommends that patients **remain** on their Coumadin/ASA therapy if they have prosthetic valves, a high risk of stroke or known phlebitic or embolic disease. If a patient is anticoagulated for prophylaxis alone, such as chronic A-fib, the Coumadin may be stopped prior to surgery. Should you have any concerns regarding this issue, please contact Anesthesiology at (617) 723-2015.

Thank you very much for your assistance in the care of this patient. We greatly appreciate your medical consultative support and advice. Please feel free to call if you have any questions or information that you wish to share with us. With your help, we will make your patient's operation as safe and pleasant as possible.

Sincerely,

Surgical Team for Dr. Bradford Shingleton

Kathleen Jeffers    617-314-2612
Caitlin Calnan    617-573-1023
Fax    617-589-0552

A1

| OCB Boston | OCB West Yarmouth | OCB Sandwich | OCB Waltham | OCB Beverly | OCB Brookline | OCB Stoneham |
|---|---|---|---|---|---|---|
| 50 Staniford Street Suite 600 Boston, MA 02114 617-367-4800 800-635-0489 ?-7028 | 88 Ansel Hallet Road & Willow Street West Yarmouth, MA 02673 Phone 508-771-4848 Toll Free 800-635-0489 Fax 508-775-4103 | P.O. Box 1022 282 Route 130 & Cotuit Road Sandwich, MA 02563 Phone 508-833-8222 Toll Free 800-635-0489 Fax 508-833-9924 | 40 Second Avenue Suite 400 Waltham, MA 02451 Phone 781-487-2200 Toll Free 800-635-0489 Fax 781-487-5717 | 77 Herrick Street Suite 102 Beverly, MA 01915 Phone 978-922-7303 Toll Free 800-635-0489 Fax 978-927-4969 | 1101 Beacon Street Suite 3E Brookline, MA 02446 Phone 617-731-1760 Toll Free 800-635-0489 Fax 617-731-0610 | 3 Woodland Road Suite 210 Stoneham, MA 02180 Phone 781-662-5520 Toll Free 800-635-0489 Fax 781-662-5519 |

**PRE-OPERATIVE MEDICAL EVALUATION**
**BOSTON EYE SURGERY AND LASER CENTER**
50 STANIFORD STREET
BOSTON, MA 02114
617-723-2015
FAX: 617-589-0552

Patient: Vincent Zarrilli

Sx date 7-18-05

**DIAGNOSIS/HISTORY OF PRESENT PROBLEM**

| PAST HISTORY | NEG | COMMENTS, IF POSITIVE |
|---|---|---|
| CARDIAC: Infarction, failure, murmur, arrhythmia, palpitations, hypertension, angina | ☐ | |
| PULMONARY: Bronchitis, emphysema, asthma, pneumonia, sputum, TB | ☐ | |
| CNS: Seizures, stroke, migraine, MS | ☐ | |
| KIDNEY: Infections, failure | ☐ | |
| ENDOCRINE: Diabetes, thyroid, adrenal | ☐ | |
| LIVER: Hepatitis, failure | ☐ | |
| GI: Hiatal hernia, colitis, Crohn's | ☐ | |
| GYN/GU | ☐ | |
| BONE/JOINT: Arthritis | ☐ | |
| ENT: Nosebleeds, croup, upper airway | ☐ | |
| EYE: Glaucoma | ☐ | |
| FAMILY HISTORY OF BLEEDING TENDENCY: | ☐ | |
| PAST SURGERY: | ☐ | |

| DRUGS TAKEN PAST SIX MONTHS | NEG | OR | DRUG | DOSE | DISCONTINUED |
|---|---|---|---|---|---|
| CARDIAC: Diuretics, antihypertensives, beta blockers, digitalis | ☐ | | | | |
| PULMONARY: Bronchodilators | ☐ | | | | |
| CNS: Anticonvulsants, tranquilizers | ☐ | | | | |
| ENDOCRINE: Insulin, steroids, thyroid | ☐ | | | | |
| BONE/JOINT: Antiinflammatory | ☐ | | | | |
| EYE: Eye drops | ☐ | | | | |
| ALCOHOL/DRUG ABUSE: | ☐ | | | | |

| DRUG ALLERGY | NEG | or | DRUG | TYPE OF REACTION |
|---|---|---|---|---|
| | ☐ | | | |

| DRUG SENSITIVITY | NEG |
|---|---|
| | ☐ |

| PHYSICAL EXAMINATION | NEG | | | |
|---|---|---|---|---|
| NEUROLOGICAL: | ☐ | Required → | BP → | PULSE (reg./irreg) |
| HEENT - Eyes | ☐ | | | |
| - Ears, nose | ☐ | | | |
| - Mouth, throat | ☐ | | | |
| - Neck | ☐ | | | |
| CHEST - Respiratory | ☐ | | | |
| - Heart | ☐ | | | |
| - Breasts | ☐ | | | |
| ABDOMEN: | ☐ | | | |
| PELVIC: | ☐ | | | |
| MUSCULOSKELETAL: | ☐ | | | |

A 2

**COMMENTS - SPECIAL LAB ORDERS - PRE-OP ORDERS**

※ EKG ※

HISTORY AND PHYSICAL AND CONSENT FORMS VALID FOR 60 DAYS
EKG WITHIN 60 DAYS FOR PATIENTS OVER 65 - PROVIDE TRACE AND INTERPRETATION

→   →

_____ _____
DATE         PHYSICIAN



## OPHTHALMIC CONSULTANTS OF BOSTON

www.eyeboston.com

**Glaucoma, Cataract Diseases and Surgery of the Anterior Segment**
B. Thomas Hutchinson, M.D.
A. Robert Bellows, M.D.
Claudia U. Richter, M.D.
Bradford J. Shingleton, M.D.
John V. Thomas, M.D.
Michael F. Oats, M.D.
Laura C. Fine, M.D.
Will J. Price, III, M.D.

**Diseases and Surgery of the Retina and Vitreous**
Albert R. Frederick, Jr., M.D.
Trexler M. Topping, M.D.
Michael G. Morley, M.D.
Jeffrey S. Heier, M.D.
Mark S. Hughes, M.D.
Delia N. Sang, M.D.
Jay S. Duker, M.D.

**Cornea, Cataract Diseases and Surgery of the Anterior Segment**
Ann M. Bajart, M.D.
Michael B. Raizman, M.D.
Kenneth C. Chern, M.D.
Eugenio M. Candal, M.D.
Nicoletta Fynn-Thompson, M.D.

**Ophthalmic Plastic, Lacrimal and Orbital Diseases and Surgery**
Mami A. Iwamoto, M.D.

**Refractive Surgery**
Michael B. Raizman, M.D.
Michael F. Oats, M.D.
Kenneth C. Chern, M.D.
Eugenio M. Candal, M.D.
Nicoletta Fynn-Thompson, M.D.

**Uveitis, Immunology, Cornea and External Diseases**
Michael B. Raizman, M.D.
Kenneth C. Chern, M.D.

**Pediatric Ophthalmology**
Mitchell B. Strominger, M.D.

**Neuro-Ophthalmology**
Mitchell B. Strominger, M.D.

**Optometry, Contact Lenses and Low Vision Rehabilitation**
Mark W. O'Donoghue, O.D.
Paul M. Cangiano, O.D.
Mark D. Kirstein, O.D.
Leigh C. Kozak, O.D.
Michael E. Dalton, O.D.
Claudine Y. Kawabata, O.D.
Teresa L. Stone, O.D.
Anne J. Farley, O.D.
Anmarie J. Russo, O.D.
Geeta Chowdhary, O.D.

Dear __Mr. Zarrilli__,

This is to confirm that your eye surgery will be performed by Dr. Shingleton on __July 18, 2005__. You will report to the Boston Eye Surgery and Laser Center, 50 Staniford Street, Boston, MA, lobby level.

**A NURSE FROM THE SURGERY CENTER WILL CALL YOU THE DAY BEFORE YOUR SURGERY WITH YOUR EXACT ARRIVAL TIME. PATIENTS WITH SURGERY ON MONDAY WILL BE CALLED THE PRECEDING FRIDAY.**

It is necessary that you have medical clearance within **2-6 weeks** prior to your surgery. This includes a history and physical exam and any other testing required by your personal physician. If this information is not received in our office at least **two weeks prior to surgery, your surgery may be canceled.**

Please see attached Ambulatory Surgery Instruction Sheet for your specific instructions prior to surgery, the day of surgery and post-operatively.

Sincerely,

Surgical Team for Dr. Bradford Shingleton

Kathleen Jeffers       617-314-2612
Caitlin Calnan         617-573-1023
Fax                    617-589-0552

A3

| OCB Boston | OCB West Yarmouth | OCB Sandwich | OCB Waltham | OCB Beverly | OCB Brookline | OCB Stoneham |
|---|---|---|---|---|---|---|
| 50 Staniford Street | 88 Ansel Hallet Road | P.O. Box 1022 | 40 Second Avenue | 77 Herrick Street | 1101 Beacon Street | 3 Woodland Road |
| Suite 600 | & Willow Street | 282 Route 130 & Cotuit Road | Suite 400 | Suite 102 | Suite 3E | Suite 210 |
| Boston, MA 02114 | West Yarmouth, MA 02673 | Sandwich, MA 02563 | Waltham, MA 02451 | Beverly, MA 01915 | Brookline, MA 02446 | Stoneham, MA 02180 |
| Phone 617-367-4800 | Phone 508-771-4848 | Phone 508-833-8222 | Phone 781-487-2200 | Phone 978-922-7303 | Phone 617-731-1760 | Phone 781-662-5520 |
| Toll Free 800-635-0489 | Toll Free 800-635-0489 | Toll Free 800-635-0489 | Toll Free 800-635-0489 | Toll Free 800-635-0489 | Toll Free 800-635-0489 | Toll Free 800-635-0489 |
| Fax 617-723-7028 | Fax 508-775-4103 | Fax 508-833-9924 | Fax 781-487-5717 | Fax 978-927-4969 | Fax 617-731-0610 | Fax 781-662-5519 |

**OPHTHALMIC CONSULTANTS OF BOSTON**
www.eyeboston.com

**Boston Eye Surgery and Laser Center**

## AMBULATORY SURGERY INSTRUCTIONS

*Glaucoma, Cataract Diseases and Surgery of the Anterior Segment*
B. Thomas Hutchinson, M.D.
A. Robert Bellows, M.D.
Claudia U. Richter, M.D.
Bradford J. Shingleton, M.D.
John V. Thomas, M.D.
Michael F. Oats, M.D.
Laura C. Fine, M.D.
Will J. Price, III, M.D.

*Diseases and Surgery of the Retina and Vitreous*
Albert R. Frederick, Jr., M.D.
Trexler M. Topping, M.D.
Michael G. Morley, M.D.
Jeffrey S. Heier, M.D.
Mark S. Hughes, M.D.
Delia N. Sang, M.D.
Jay S. Duker, M.D.

*Cornea, Cataract Diseases and Surgery of the Anterior Segment*
Ann M. Bajart, M.D.
Michael B. Raizman, M.D.
Kenneth C. Chern, M.D.
Eugenio M. Candal, M.D.
Nicoletta Fynn-Thompson, M.D.

*Ophthalmic Plastic, Lacrimal and Orbital Diseases and Surgery*
Mami A. Iwamoto, M.D.

*Refractive Surgery*
Michael B. Raizman, M.D.
Michael F. Oats, M.D.
Kenneth C. Chern, M.D.
Eugenio M. Candal, M.D.
Nicoletta Fynn-Thompson, M.D.

*Uveitis, Immunology, Cornea and External Diseases*
Michael B. Raizman, M.D.
Kenneth C. Chern, M.D.

*Pediatric Ophthalmology*
Mitchell B. Strominger, M.D.

*Neuro-Ophthalmology*
Mitchell B. Strominger, M.D.

*Optometry, Contact Lenses and Low Vision Rehabilitation*
Mark W. O'Donoghue, O.D.
Paul M. Cangiano, O.D.
Mark D. Kirstein, O.D.
Leigh C. Kozak, O.D.
Michael E. Dalton, O.D.
Claudine Y. Kawabata, O.D.
Teresa L. Stone, O.D.
Anne J. Farley, O.D.
Anmarie J. Russo, O.D.
Geeta Chowdhary, O.D.

I. **THREE DAYS BEFORE SURGERY:** _7-15-05_

   A. Apply _Zymar_ and _Acular_ in your <u>operative eye</u> starting three days prior to surgery. Please apply 1 drop to the operative eye four times a day.
   B. No mascara or eyeliner for 3 days prior to surgery.
   C. Wash face with soap at night before surgery and the morning of surgery.
   D. DO NOT EAT OR DRINK ANYTHING AFTER MIDNIGHT.

II. **DAY OF SURGERY:** _7-18-05_

   A. PREOPERATIVE:
   1. You should take your usual medications with small sips of water on the morning of surgery. If you are diabetic and take insulin, check with your medical doctor for insulin directions. Check with us or your medical doctor about the use of aspirin or blood thinners, if you have been taking either of these medications. Discontinue use of eye medications normally used in the operated eye: continue use of medications in the fellow eye.
   2. Do not wear make-up or jewelry on the morning of surgery.

III. **ARRIVAL:**

   Place: **Boston Eye Surgery and Laser Center**
   **50 Staniford St., Lobby Level**
   **Boston, MA 02114**
   **(617)723-2015**

   A staff member from Boston Eye Surgery and Laser Center will call you one to three days prior to your surgery to confirm exact time.

   Dr. Shingleton and his staff will call the waiting area immediately after the completion of the operation to speak with your accompanying family or friends.

IV. **POSTOPERATIVE:**
   1. Transportation must be provided by family or friends
   2. Eye Care:
      a. DO NOT PUT PRESSURE ON OPERATED EYE.
      b. Someone must be with the patient 24 hours following the surgery.
      c. You may sit, walk, watch TV, read and perform routine activities.
      d. Do not get eye wet.

A 4/5

**OCB Boston**
50 Staniford Street
Suite 600
Boston, MA 02114
Phone 617-367-4800
Toll Free 800-635-0489
Fax 617-723-7028

**OCB West Yarmouth**
88 Ansel Hallet Road
& Willow Street
West Yarmouth, MA 02673
Phone 508-771-4848
Toll Free 800-635-0489
Fax 508-775-4103

**OCB Sandwich**
P.O. Box 1022
282 Route 130 & Cotuit Road
Sandwich, MA 02563
Phone 508-833-8222
Toll Free 800-635-0489
Fax 508-833-9924

**OCB Waltham**
40 Second Avenue
Suite 400
Waltham, MA 02451
Phone 781-487-2200
Toll Free 800-635-0489
Fax 781-487-5717

**OCB Beverly**
77 Herrick Street
Suite 102
Beverly, MA 01915
Phone 978-922-7303
Toll Free 800-635-0489
Fax 978-927-4969

**OCB Brookline**
1101 Beacon Street
Suite 3E
Brookline, MA 02446
Phone 617-731-1760
Toll Free 800-635-0489
Fax 617-731-0610

**OCB Stoneham**
3 Woodland Road
Suite 210
Stoneham, MA 02180
Phone 781-662-5520
Toll Free 800-635-0489
Fax 781-662-5519



**OPHTHALMIC CONSULTANTS OF BOSTON**

www.eyeboston.com

*Glaucoma, Cataract Diseases and Surgery of the Anterior Segment*
B. Thomas Hutchinson, M.D.
A. Robert Bellows, M.D.
Claudia U. Richter, M.D.
Bradford J. Shingleton, M.D.
John V. Thomas, M.D.
Michael F. Oats, M.D.
Laura C. Fine, M.D.
Will J. Price, III, M.D.

*Diseases and Surgery of the Retina and Vitreous*
Albert R. Frederick, Jr., M.D.
Trexler M. Topping, M.D.
Michael G. Morley, M.D.
Jeffrey S. Heier, M.D.
Mark S. Hughes, M.D.
Delia N. Sang, M.D.
Jay S. Duker, M.D.

*Cornea, Cataract Diseases and Surgery of the Anterior Segment*
Ann M. Bajart, M.D.
Michael B. Raizman, M.D.
Kenneth C. Chern, M.D.
Eugenio M. Candal, M.D.
Nicoletta Fynn-Thompson, M.D.

*Ophthalmic Plastic, Lacrimal and Orbital Diseases and Surgery*
Mami A. Iwamoto, M.D.

*Refractive Surgery*
Michael B. Raizman, M.D.
Michael F. Oats, M.D.
Kenneth C. Chern, M.D.
Eugenio M. Candal, M.D.
Nicoletta Fynn-Thompson, M.D.

*Uveitis, Immunology, Cornea and External Diseases*
Michael B. Raizman, M.D.
Kenneth C. Chern, M.D.

*Pediatric Ophthalmology*
Mitchell B. Strominger, M.D.

*Neuro-Ophthalmology*
Mitchell B. Strominger, M.D.

*Optometry, Contact Lenses and Low Vision Rehabilitation*
Mark W. O'Donoghue, O.D.
Paul M. Cangiano, O.D.
Mark D. Kirstein, O.D.
Leigh C. Kozak, O.D.
Michael E. Dalton, O.D.
Claudine Y. Kawabata, O.D.
Teresa L. Stone, O.D.
Anne J. Farley, O.D.
Anmarie J. Russo, O.D.
Geeta Chowdhary, O.D.

V.  **MEDICATIONS:**
1. If the operated eye is painful ( a mild ache or scratchy sensation is normal)
   a. Take Tylenol – 2 tablets every four hours as needed
   b. For pain unrelieved by Tylenol, call Dr. Shingleton's office at (617)742-6366 ext. 2612
   c. If you are calling the office after hours, please call (617)367-4800 and ask to have the doctor on – call paged.

2. Resume your regular schedule for any oral medications that you were routinely taking before surgery. Check with Dr. Shingleton or your medical doctor regarding aspirin or blood thinner use.
3. An eye drop schedule will be given to you at the surgery center on the day of surgery.

VI.  **DAY AFTER SURGERY:** 7·19·05

A post operative visit the following day is required and the appointment time will be given to you on the day of surgery.

\*\*\* **If you have any problems, do not hesitate to contact our office at (617)367-4800 at any time.** \*\*\*

Ambulatory Instructions Boston Surgery

A5

**OCB Boston**
50 Staniford Street
Suite 600
Boston, MA 02114
Phone 617-367-4800
Toll Free 800-635-0489
Fax 617-723-7028

**OCB West Yarmouth**
88 Ansel Hallet Road
& Willow Street
West Yarmouth, MA 02673
Phone 508-771-4848
Toll Free 800-635-0489
Fax 508-775-4103

**OCB Sandwich**
P.O. Box 1022
282 Route 130 & Cotuit Road
Sandwich, MA 02563
Phone 508-833-8222
Toll Free 800-635-0489
Fax 508-833-9924

**OCB Waltham**
40 Second Avenue
Suite 400
Waltham, MA 02451
Phone 781-487-2200
Toll Free 800-635-0489
Fax 781-487-5717

**OCB Beverly**
77 Herrick Street
Suite 102
Beverly, MA 01915
Phone 978-922-7303
Toll Free 800-635-0489
Fax 978-927-4969

**OCB Brookline**
1101 Beacon Street
Suite 3E
Brookline, MA 02446
Phone 617-731-1760
Toll Free 800-635-0489
Fax 617-731-0610

**OCB Stoneham**
3 Woodland Road
Suite 210
Stoneham, MA 02180
Phone 781-662-5520
Toll Free 800-635-0489
Fax 781-662-5519

DEAR PATIENT,

YOU ARE REQUIRED TO HAVE A PHYSICAL FOR OUT PATIENT EYE SURGERY. PATIENTS 65 AND OVER ARE REQUIRED TO HAVE AN EKG AS WELL.

KINDLY BRING THIS FORM TO YOUR PRIMARY CARE PHYSICIAN TO COMPLETE AFTER YOUR VISIT.

PLEASE HAVE THE FORM FAXED TO OUR OFFICE AT:
617-589-0552

THANK YOU



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Vincent F Zarrilli, pl

Civil A. No 05-10501-
RCL

v.

Office of the Clerk of
the U.S. Supreme Court et al

## PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

The plaintiff Vincent F Zarrilli requests an enlargement of time to file his opposition to Defendants' Motion to Dismiss to wit until Sept 1 05

Respectfully submitted
V. F. Zarrilli

pl. never or seldom with rlo

I have left a voice mail message with pl defendant asking for his assent to the above on 8/5/05

Certificate of Service

A-9

a copy that I served approved copy of the above on Michael Sady US Attorney accompanied with this the same envelope by post