UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Vincent F. Zarrilli, Plaintiff                         NO. 05-10501-RCL

vs

The Office of the Clerk
of the United States Supreme Court et al.

<u>PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S</u>

<u>MOTION FOR RECONSIDERATION</u>

      1. Paragraph no. 1 of the Defendant's opposition of August 25, 2005 is at considerable variance with the truth. A glance at page 10 of Plaintiff's original complaint now shown in the appendix to <u>this</u> pleading at AP1 will reveal that at no. 28 (top line) the exact language used by Plaintiff is "respectfully prays this court to". This terminology which appears in countless pleadings throughout the United States in no rational way can be considered a "Demand" that the United States Supreme Court reinstate his certorari petition.

      2. Nevertheless, the Plaintiff now in hindsight admits that he acting pro se made a legalistic error in No. 1 and 2 paragraphs on page 10 of the original complaint. No. 1 should have read "enter an order "<u>suggesting</u>" that all mandates be recalled, etc" and in No. 2 "enter an order "<u>suggesting</u>" that all the certorari petitions be reinstated.

      3. Plaintiff's reason for the above is that he does not believe that the Court has the authority to enter any enforceable order affecting the first Circuit Court of Appeals or the United States Supreme Court on the U.S. Bankruptcy Court unless this court were hearing an appeal from the Bankruptcy Court which is <u>not</u> the case.

      4. Likewise, the first paragraph of page 2 of Defendant's opposition to Plaintiff's Motion for Reconsideration shown at (AP2) appendix to this pleading reveals more representations at variances with the truth, to wit:, . . . "because he did not go to the post office box to retrieve the Order of Judgement until August 12, 2005" Plaintiff never said that he did not go to his post office box until August 12, 2005. Quite to the contrary, Plaintiff resumed his normal activities on August 1st or 2nd and visited his post office box every day except Sunday (See Affidavit of Vincent F. Zarrilli, hereto attached).