UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Vincent F. Zarrilli, Plaintiff                          NO. 05 CV 10501- *RCL*

      vs

The Office of the Clerk
of the United States Supreme Court, et al.

NOTICE OF APPEAL

The Plaintiff, Vincent F. Zarrilli, now files his notice of appeal of the dismissal of
10/4/05.

Respectfully submitted,

The Plaintiff, pro se
Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA  02113
Phone: 617-523-9210
Fax: 617-523-6765

Certificate of Service
I, Vincent F. Zarrilli, certify that I served a true copy of the
within by 1st class mail postage paid to Michael Shay, Esq.,
Office of the U.S. Attorney, Suite 9200, 1 Courthouse Way,
Boston, MA  02210 on October 28, 2005.  Vincent F. Zarrilli