Fr: Raul P. Gonsalves   137741                    October 31, 2005
   Dartmouth House of Correction
   400 Faunce Corner Road
   North Dartmouth, MA 02747

To: Clerk's Office
   U.S. District Court
   District of Mass.
   John Joseph Moakley Courthouse
   1 Courthouse Way
   Boston, MA 02210

   RE: Gonsalves v. Thompson et al., No.05-10618-RCL

   Dear Clerk,

   Please be advised that I am no longer at Suffolk County House
   of Correction. My new address is, Raul Gonsalves #137741-GC-43,
   Dartmouth House of Correction, 400 Faunce Corner Rd, North
   Dartmouth, MA 02747.

   Please forward any decisions, papers, etc. To the new
   address.

   Thank You,
   Raul Gonsalves
   Raul Gonsalves, Pro Se
   cc: Eva M. Badway, Assistant A.G., One Ashburton Place, Boston, MA 02108