# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10501

Vincent F. Zarrilli

v.

The Office of the Clerk of the United States Supreme Court et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/31/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 3, 2005.

Sarah A. Thornton, Clerk of Court

By: Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/4/05

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10501-RCL

Zarrilli v. The Office of the United States Supreme Court Clerk et al
Assigned to: Judge Reginald C. Lindsay
Cause: 28:1983 Civil Rights

Date Filed: 03/16/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Vincent F. Zarrilli**                         represented by **Vincent F. Zarrilli**
                                                Box 101, Hanover Station
                                                Boston, MA 02113
                                                617-523-9210
                                                Fax: 617-5236765
                                                PRO SE

V.

**Defendant**

**The Office of the United States**             represented by **Michael P. Sady**
**Supreme Court Clerk**                         United States Attorney's Office
                                                John Joseph Moakley Federal Courthouse
                                                1 Courthouse Way
                                                Suite 9200
                                                Boston, MA 02210
                                                617-748-3362
                                                Fax: 617-748-3971
                                                Email: michael.sady@usdoj.gov
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**William K. Suter**                            represented by **Michael P. Sady**
*Chief Clerk United States Supreme*             (See above for address)
*Court*                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey Atkins**                              represented by **Michael P. Sady**
*Assistant Clerk United States Supreme*         (See above for address)
*Court*                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Vasil**                           represented by **Michael P. Sady**
*Assistant Clerk United States Supreme*         (See above for address)

| | | |
|---|---|---|
| | | of the United States Supreme Court Clerk, William K. Suter, Jeffrey Atkins, Christopher Vasil, Jane Doe, The United States of America. (Sady, Michael) (Entered: 05/17/2005) |
| 06/02/2005 | 9 | Objection and MOTION for Default by Vincent F. Zarrilli. c/s(Edge, Eugenia) (Entered: 06/03/2005) |
| 06/08/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 8 Motion for Extension of Time to Answer re 1 Complaint,, The Office of the United States Supreme Court Clerk answer due 7/18/2005; William K. Suter answer due 7/18/2005; Jeffrey Atkins answer due 7/18/2005; Christopher Vasil answer due 7/18/2005; Jane Doe answer due 7/18/2005; The United States of America answer due 7/18/2005., denying 9 Motion for Entry of Default (Hourihan, Lisa) (Entered: 06/08/2005) |
| 07/14/2005 | 10 | MOTION to Dismiss by The United States of America.(Sady, Michael) (Entered: 07/14/2005) |
| 07/14/2005 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss filed by The United States of America. (Sady, Michael) (Entered: 07/14/2005) |
| 08/04/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 10 Motion to Dismiss (Hourihan, Lisa) (Entered: 08/04/2005) |
| 08/04/2005 | 12 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff(Hourihan, Lisa) (Entered: 08/04/2005) |
| 08/09/2005 | 13 | MOTION for Extension of Time to 09/01/05 to file Opposition to Defendant Motion to Dismiss by Vincent F. Zarrilli.(York, Steve) Modified on 8/9/2005 (to delete extra wording)(York, Steve). (Entered: 08/09/2005) |
| 08/12/2005 | 14 | Opposition re 13 MOTION for Extension of Time to 09/0105 to To file Opposition to Defendant Motion filed by The United States of America. (Sady, Michael) (Entered: 08/12/2005) |
| 08/15/2005 | 15 | MOTION for Reconsideration re Order on Motion to Dismiss, 12 Judgment by Vincent F. Zarrilli.(York, Steve) (Entered: 08/15/2005) |
| 08/25/2005 | 16 | Opposition re 15 MOTION for Reconsideration re Order on Motion to Dismiss, 12 Judgment filed by The United States of America. (York, Steve) (Entered: 08/25/2005) |
| 08/30/2005 | 17 | Response by Vincent F. Zarrilli to 16 Opposition to Plaintiff's Motion for reconsideration. (York, Steve) (Entered: 08/31/2005) |
| 08/30/2005 | 18 | AFFIDAVIT of Vincent F. Zarrilli filed by Vincent F. Zarrilli. (York, Steve) (Entered: 08/31/2005) |
| 10/04/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered finding as moot 13 MOTION for Extension of Time to 09/01/05 to file Opposition to Defendant Motion to Dismiss by Vincent F. Zarrilli; and denying 15 Motion for Reconsideration of Order of Dismissal. (Lindsay, Reginald) |

|            |    |                                                                                                                                                                                                                                                                                                                                     |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (Entered: 10/04/2005)                                                                                                                                                                                                                                                                                                                 |
| 10/31/2005 | 19 | NOTICE OF APPEAL by Vincent F. Zarrilli. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/21/2005. (York, Steve) (Entered: 11/02/2005) |
| 11/02/2005 | 20 | Letter/request (non-motion) from Raul P. Gonsalves. (York, Steve) (Entered: 11/02/2005)                                                                                                                                                                                                                                               |