

# United States Court of Appeals
## For the First Circuit

No.   05-2055

MARIA MIARA

Plaintiff - Appellee

v.

FIRST ALLMERICA FINANCIAL LIFE INSURANCE COMPANY; JOSEPH F. BONASERA; BAKER ASSOCIATES INSURANCE AGENCY, INC.; GARY M. BAKER

Defendants - Appellants

**JUDGMENT**

Entered: March 23, 2006
Pursuant to 1st Cir. R. 27(d)

By order entered 3/2/06, appellants' were directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellants' were warned that failure to respond by 3/16/05 would lead to dismissal for lack of diligent prosecution.

Appellants' having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/13/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
Margaret Carter, Chief Deputy Clerk

[cc: Shannon M. Fitzpatrick, Esq., Alvin S. Nathanson, Esq., William T. Matlack, Esq., Cherie Michelle Bosarge Dutton, Esq., William D. Chapman, Esq., Michael R. Byrne, Esq., Kerry D. Florio, Esq., Richard L. Neumeier, Esq.   ]

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2709

VINCENT F. ZARRILLI

Plaintiff - Appellant

v.

THE OFFICE OF THE UNITED STATES SUPREME COURT CLERK;
WILLIAM K. SUTER, Chief Clerk, United States Supreme
Court; JEFFREY ATKINS, Assistant Clerk, United States
Supreme Court; CHRISTOPHER VASIL, Assistant Clerk,
United States Supreme Court; JANE DOE, Assistant Clerk,
United States Supreme Court; UNITED STATES

Defendants - Appellees

## JUDGMENT
**Entered: February 21, 2006**

By notices issued on January 6, 2006 and January 27, 2006, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by February 10, 2006, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

By:_____
Operations Manager

Richard Cushing Donovan, Clerk

*George Kretas*
Deputy Clerk
Date: 4/14/06

[cc: Vincent F. Zarrilli, Michael P. Sady, AUSA]